No. 78–1493.   KENTUCKY v. MILLER.   Sup. Ct. Ky.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Kentucky* v. *Whorton,* 441 U. S. 786 (1979).

No. 78–1643.   LOMBARD, SHERIFF v. MARCERA ET AL.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bell* v. *Wolfish,* 441 U. S. 520 (1979).   MR. JUSTICE MARSHALL dissents.

No. A–958.   WILLIAMS ET AL. v. ZBARAZ ET AL.   D. C. N. D. Ill.   Application for stay, addressed to MR. JUSTICE REHNQUIST and referred to the Court, denied.

No. A–1012.   LAMAGNA v. UNITED STATES.   Application for writ of habeas corpus and for bail, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. 78–1453.   UNITED STATES ET AL. v. EUGE.   C. A. 8th Cir.   [Certiorari granted, 441 U. S. 942.]   Motion for appointment of counsel granted, and it is ordered that James W. Erwin, Esquire, of St. Louis, Mo., be appointed to serve as counsel for respondent in this case provided he applies for admission to the Bar of this Court prior to the commencement of the next Term of Court.

No. 78–1538.   CALLAHAN ET AL. v. KIMBALL ET AL.   C. A. 9th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–1577.   SEARS, ROEBUCK & Co. v. COUNTY OF LOS ANGELES ET AL.   Ct. App. Cal., 2d App. Dist.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.   MR. JUSTICE STEWART took no part in the consideration or decision of this order.